IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| BALTIMORE NEIGHBORHOODS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>WOOD PARTNERS, LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.1:12-cv-00484-BEL<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Baltimore Neighborhoods, Inc., Cottrell Davis, Jr., and Bryan Jewell, through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismisses this action, without prejudice, as to Defendant Wood Partners, LLC only. Defendant, Wood Partners, LLC, has not been served with the Complaint. This action will proceed against the remaining defendants, Chesapeake Ridge, LLC and The Dolben Company, Inc.

March 26, 2012

Respectfully submitted,

/s/
Robert T. Shaffer, III
(Federal Bar No. 04074)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202-1031
Tel.: (410) 332-0044
Facsimile: (410) 659-0436

APPROVED THIS 27th DAY OF March 2012
*Benson Everett Legg*
BENSON EVERETT LEGG, U.S.D.J.

/s/
C. Christopher Brown

3589986.1