IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BALTIMORE NEIGHBORHOODS, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:12-cv-00484-GLR |
| | ) | |
| WOOD PARTNERS, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Baltimore Neighborhoods, Inc., Cottrell Davis, Jr., Bryan Jewell, Nyah Holland and LaToya Martin, and Defendants Chesapeake Ridge, LLC, and The Dolben Company, Inc., through their undersigned attorneys, hereby dismisses this action without prejudice.

October 1, 2012                                    Respectfully submitted,

                                              _____/s/_____
                                              Robert T. Shaffer, III
                                              (Federal Bar No. 04074)
                                              ZUCKERMAN SPAEDER LLP
                                              100 East Pratt Street
                                              Suite 2440
                                              Baltimore, MD 21202-1031
                                              Tel.: (410) 332-0044
                                              Facsimile: (410) 659-0436

APPROVED THIS 1st DAY OF Oct. 20 12.
_____/s/ George L. Russell_____
GEORGE L. RUSSELL III U.S.D.J

                                              _____/s/_____
                                              C. Christopher Brown
                                              (Fed. Bar No. 01043)

3722585.1